```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2  THOMAS MOORE (ALBN 4305-O78T)
    Assistant United States Attorney
 3  Chief, Tax Division
    THOMAS M. NEWMAN (NYSBN 4256178)
 4  Assistant United States Attorney
     11th Floor Federal Building
 5   450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
 6   Telephone: (415) 436-6888
     Fax:       (415) 436-7009
 7  Attorneys for the United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and KWANZA EDWARDS, Revenue Officer,<br><br>Petitioners,<br><br>v.<br><br>SHARON C. OLSON,<br><br>Respondent. | CV No. 11 5304<br><br>[Proposed]<br>ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding, it is hereby

**ORDERED** that respondent SHARON C. OLSON appear before this Court on the 2nd day of February, 2012 at 8:00 a.m., in Courtroom No. 8, 19th Floor, United States District Court, 450 Golden Gate, Ave. San Francisco, CA, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of

1. this Order above specified; and it is further
2.     **ORDERED** that within twenty-one (21) days before the return date of this Order,
3. respondent may file and serve a written response to the petition, supported by appropriate
4. affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any
5. motion respondent desires to make, that the petitioner may file and serve a written reply
6. to such response, if any, within fourteen (14) days before the return date of this Order;
7. that all motions and issues raised by the pleadings will be considered on the return date of
8. this Order, and only those issues raised by motion or brought into controversy by the
9. responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at
10. the return of this Order, and any uncontested allegation in the petition will be considered
11. admitted.
12.     **ORDERED** this _19th_ day of _December_, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE